IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Losos, Patricia S | Case Number:  07 B 23577 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  3/11/08 | Filed:  12/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  March 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 5,594.84 | 0.00 |
| 4. | Specialized Loan Servicing LLC | Secured | 501.49 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 424.65 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 584.55 | 0.00 |
| 7. | Bank Of America | Unsecured | | No Claim Filed |
| 8. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 9. | Bank Of America | Unsecured | | No Claim Filed |
| 10. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 11. | Chase Bank | Unsecured | | No Claim Filed |
| 12. | Saint Joseph Hospital | Unsecured | | No Claim Filed |
| 13. | Chicago Nasal And Sinus Center | Unsecured | | No Claim Filed |
| 14. | Chicago Northside MRI Center | Unsecured | | No Claim Filed |
| 15. | Medical Collections | Unsecured | | No Claim Filed |
| 16. | Knecht Chiropractic Clinic Pc | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | GEMB | Unsecured | | No Claim Filed |
| 19. | Pathology CHP S C | Unsecured | | No Claim Filed |
| 20. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 21. | Bank Of America | Unsecured | | No Claim Filed |
| 22. | US Cellular | Unsecured | | No Claim Filed |
| 23. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,105.53 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Losos, Patricia S | Case Number:  07 B 23577 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  3/11/08 | Filed:  12/15/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

